**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Robert E. COOK, Defendant–Appellant.**

**No. 02–50939.**
**Conference Calendar**

United States Court of Appeals, Fifth Circuit.

Aug. 20, 2003.

Joseph H. Gay, Jr., Assistant US Attorney, San Antonio, TX, for Plaintiff–Appellee.

Robert E. Cook, Butner, NC, for Defendant–Appellant.

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM.*

Court-appointed counsel for Robert E. Cook has moved for leave to withdraw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Cook was mailed a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.